IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

R.B.,

    Plaintiff,

vs.                              CASE NO.: 4:05cv481-SPM/WCS

FORD MOTOR COMPANY,

    Defendant.

_____/

**ORDER SEALING VICTIM IDENTIFYING INFORMATION**

For good cause shown, Plaintiff's Unopposed Emergency Motion to Seal Victim Identifying Information (doc. 3) is granted. Document 1 shall remain under seal. On or before January 6, 2006, Defendant shall file a redacted version of document 1 for the public file. Lawyers for Plaintiff and Defendant shall review the clerk's privacy policy, a copy of which is attached for reference, and they shall ensure that documents are properly redacted so that Plaintiff's name, address, or photograph is not revealed in the public file.

SO ORDERED this 22nd day of December, 2005.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge