IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

R.B.,

        Plaintiff,

vs.                                 CASE NO.: 4:05cv481-SPM/WCS

FORD MOTOR COMPANY,

        Defendant.
_____/

## ORDER EXTENDING TIME TO RESPOND

This cause comes before the Court upon the unopposed motion of Plaintiff for an extension of time, under Federal Rule of Civil Procedure 6(b), to file a response to the defendant's motion to exclude an expert witness.  Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The motion (doc. 51) is granted.

2.      Plaintiff shall have up to and including October 25, 2006 to file a response to the complaint.

DONE AND ORDERED this 10th day of October, 2006.

*s/ Stephan P. Mickle*
_____
Stephan P. Mickle
United States District Judge