IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

R.B.,

      Plaintiff,

vs.                                CASE NO.: 4:05cv481-SPM/WCS

FORD MOTOR COMPANY,

      Defendant.
_____/

**ORDER DENYING MOTION TO EXCLUDE**
**TESTIMONY ON THE FEASIBILITY OF ESCAPE**

This cause comes before the Court on Defendant Ford Motor Company's Motion in Limine to Exclude Speculative Testimony (doc. 74).  The motion is directed toward all testimony regarding Plaintiff's ability to escape from the trunk if the trunk had an internal release.  Ford contends that the testimony is purely speculative.

This issue was addressed in the order (doc. 100) denying Ford's motion for summary judgment.  As explained in that order, Plaintiff's evidence is not purely speculative and is sufficient for a jury to find in her favor.  In particular, Plaintiff's evidence shows that an internal trunk release is very easy to use and operational from any direction.  Plaintiff was not bound or blindfolded when she

was placed in the trunk.  She had time and ability to move around in the trunk to try to escape.  The assailants did not guard the trunk at stop lights and would not have chased her if she had gotten out.

Based on this evidence, a jury could reach a reasoned conclusion that Plaintiff could have escaped from the trunk if it had an internal trunk release.  The testimony is not speculative.  Accordingly, it is

ORDERED AND ADJUDGED that Defendant Ford Motor Company's Motion in Limine to Exclude Speculative Testimony (doc. 74) is denied.

DONE AND ORDERED this 24th day of September, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge