IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

R.B.,

    Plaintiff,

vs.                                    CASE NO.: 4:05cv481-SPM/WCS

FORD MOTOR COMPANY,

    Defendant.
_____/

**ORDER DENYING MOTION TO EXCLUDE**
**PLAINTIFF'S TESTIMONY ON RETROFITS AND WARNING**

        This cause comes before the Court on Defendant Ford Motor Company's Motion in Limine to Exclude All Evidence and Argument Regarding Retrofit Kits and Warning (doc. 78).  Ford seeks to exclude, as speculative and self-serving, testimony by Plaintiff that she would not have purchased the 1993 Ford Tempo if she knew it had no internal trunk release and that she would have installed an internal trunk release if Ford manufactured an internal trunk release retrofit kit.

        Plaintiff has an duty to testify truthfully at trial.  Her testimony as to these matters is not so speculative as to lack probative value.  Ford will have an opportunity to test the credibility of the testimony through cross-examination.  Accordingly, it is

ORDERED AND ADJUDGED that Defendant Ford Motor Company's Motion in Limine to Exclude All Evidence and Argument Regarding Retrofit Kits and Warning (doc. 78). is denied.

DONE AND ORDERED this 24th day of September, 2007.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO.: 4:05cv481-SPM/WCS