IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

R.B.,

    Plaintiff,

vs.                                    CASE NO.: 4:05cv481-SPM/WCS

FORD MOTOR COMPANY,

    Defendant.

_____/

**ORDER DENYING MOTIONS AS MOOT AND DIRECTING THE PARTIES TO SUBMIT REPORT ON NEED FOR ADDITIONAL DISCOVERY**

    This cause comes before the Court on Plaintiff's unopposed motion to continue discovery deadline (doc. 48), Ford's unopposed motion to exclude its corporate representative from attendance at the pretrial conference (doc. 70), and Plaintiff's motion to re-open discovery (doc. 87). Given the passage of time and the rulings made on other motions, these motions should be denied as moot and the parties should be allowed an opportunity to reassess the need for additional discovery. Accordingly, it is

    ORDERED AND ADJUDGED:

    1.    The motions (docs. 48, 70, and 87) are denied as moot.

    2.    The parties shall confer on the need for additional discovery. On or

before October 19, 2007, the parties shall file a joint report setting forth a proposal for conducting additional discovery and the date the parties will be ready for trial.

    DONE AND ORDERED this 24th day of September, 2007.

                    *s/ Stephan P. Mickle*

                      Stephan P. Mickle
                      United States District Judge