IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

R.B.,

    Plaintiff,

vs.                                    CASE NO.: 4:05cv481-SPM/WCS

FORD MOTOR COMPANY,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**FOR DENIAL OF MOTION TO STRIKE WITNESS, JANETTE FENNELL**

    This cause comes before the Court on the Report and Recommendation (doc. 46) to deny Defendant's motion to strike Janette Fennell as a witness and to order Defendant to pay Plaintiff $500 as expenses. No objections have been filed. Pursuant to Title 28, United States Code, Section 636(b)(1), I have considered the report and recommendation, and I have determined that the report and recommendation should be adopted. Accordingly, it is

    ORDERED AND ADJUDGED:

    1.    The magistrate judge's report and recommendation (doc. 46) is ADOPTED and incorporated by reference in this order.

    2.    Defendant's motion to strike Janette Fennell as a witness at trial

(doc. 41) is denied.

      3.     Defendant shall pay Plaintiff $500 as expenses.

DONE AND ORDERED this 24th day of September, 2007.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      United States District Judge

CASE NO.: 4:05cv481-SPM/WCS