IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

R.B.,

      Plaintiff,

vs.                                     CASE NO.: 4:05cv481-SPM/WCS

FORD MOTOR COMPANY,

      Defendant.
_____/

## ORDER EXTENDING TIME TO RESPOND

Upon consideration, Plaintiff's Unopposed Motion to Extend Time in Which

to Respond to Ford's Motion to Amend Answer (doc. 146) is granted.  Plaintiff

shall have up to and including January 14, 2008, to file her response.

SO ORDERED this 2nd day of January, 2008.


_s/ Stephan P. Mickle_____
Stephan P. Mickle
United States District Judge